


EXHIBIT 1

## CLINTON COUNTY MUNICIPAL COURT
P.O. Box 71, 69 North South St
Wilmington, Ohio 45177
(937) 382-8985

Order of Protection per : Case No. CRB 0900774
ORC 2919.26(G)(2), this Order Indexed:
: Judge: Chad L. Carey

Law Enforcement Agency where Indexed
: DOMESTIC VIOLENCE CRIMINAL TEMPORARY
Phone Number PROTECTION ORDER (DVTPO) R.C. 2919.26

State of Ohio : [X] NEW ORDER

    -vs-
: [ ] MODIFICATION OF PREVIOUS ORDER

Kirk, Christopher L

---

**ALLEGED VICTIM**

Misty S. Kirk

DOB:

**PERSON(S) PROTECTED BY THIS ORDER:**
Alleged Victim's Family/Household Members:

Misty S. Kirk   DOB:

_____ DOB:

_____ DOB:

---

**DEFENDANT:**

Kirk, Christopher L

**ADDRESS WHERE DEFENDANT CAN BE FOUND:**

**DEFENDANT IDENTIFIERS**

| SEX | RACE | HEIGHT | WEIGHT |
|-----|------|--------|--------|
| M   |      |        |        |

| EYES | HAIR | DATE OF BIRTH |
|------|------|---------------|
|      |      | 05/2█/1974    |

OLN NO:
OLN EXPIRE DATE:                STATE:
DISTINGUISHING FEATURES:

[ ] FIREARMS ACCESS-PROCEED WITH CAUTION

Ex Parte DVTPO Granted:          Date issued:
DVTPO Granted . . . . . :        Date issued:
(Violence Against Women Act, 18 U.S.C. 2265, Federal Full Faith & Credit
Declaration: Registration of this form is not required for enforcement.)

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter, and the Defendant has been or will be provided with reasonable notice and opportunity to be heard within the time required by Ohio law. Additional findings of this Order are set forth below.

**THE COURT HEREBY ORDERS:**
That the above named Defendant be restrained from committing acts of abuse or threats of abuse against the Alleged Victim and other protected persons named in this Order, as set forth below. Additional terms of this Order are set forth below.

**WARNING TO DEFENDANT:** See the warning page attached to the front of this Order

Upon a hearing held on _____ N. 14 2009, the Court finds that the motion for Domestic Violence Temporary Protection Order is well taken. The Court finds that the safety and protection of protected persons named in this Order may be impaired by the continued presence of Defendant. Therefore, the following orders, which are designed to ensure safety and protection of protected persons named in this Order, are issued to Defendant as pretrial conditions of release in addition to any bail set under Criminal Rule 46.

**ALL OF THE PROVISIONS CHECKED BELOW APPLY TO THE DEFENDANT**

\_✓\_ 1. DEFENDANT SHALL NOT ABUSE protected persons named in this order by harming, attempting to harm, threatening, following, stalking, harassing, forcing sexaul relations upon them or by committing sexually oriented offenses against them. [NCIC 01 and 02]

\_\_\_ 2. DEFENDANT SHALL NOT ENTER the residence, school, business, place of employment, or child care providers of the protected persons named in this Order, including the buildings, grounds and parking lots of those locations. Defendant may not violate this Order even with the permission of a protected person. [NCIC 04]

\_✓\_ 3. DEFENDANT SHALL NOT INTERFERE with protected persons' right to occupy any residence by canceling utilities or insurance and interrupting phone service, mail delivery, or the delivery of any other documents or items. [NCIC 03]

\_✓\_ 4. DEFENDANT SHALL SURRENDER all keys and garage door openers to the following residence: _____ at the earliest possible opportunity after service of this Order to the law enforcement agency that serves Defendant with this Order or as follows:

\_\_\_ 5. DEFENDANT SHALL STAY AWAY FROM PROTECTED PERSONS NAMED IN THIS ORDER and shall not be present within 500 feet or _____ (distance) of any protected persons, wherever protected persons may be found, or any place the Defendant knows or should know the protected persons are likely to be, even with protected persons' permission. If Defendant accidentally comes in contact with protected persons in any public or private place, Defendant must depart immediately. This order includes, encounters on public and private roads, highways, and thoroughfares. [NCIC 04]

\_✓\_ 6. DEFENDANT SHALL NOT INITIATE or have any contact with the protected persons named in this Order or their residences, businesses, places of employment, schools, day care centers, or child care providers. Contact includes, but is not limited to; telephone, fax, e-mail, voice mail, delivery service, writings, or communications by any other means in person or through another person. Defendant may not violate this Order even with permission of a protected person. [NCIC 05]

\_\_\_ 7. DEFENDANT SHALL NOT remove, damage, hide, or dispose of any property or or pets owned or possessed by the protected persons named in this Order.

\_✓\_ 8. DEFENDANT SHALL NOT CAUSE OR ENCOURAGE ANY OTHER PERSON to do any act prohibited by this Order.

\_✓\_ 9. DEFENDANT SHALL NOT POSSESS, USE, CARRY, OR OBTAIN ANY DEADLY WEAPON. Defendant shall turn over all deadly weapons in Defendant's possession to the law enforcement agency that serves Defendant with this Order as follows:

Any law enforcement agency is authorized to take possession of deadly weapons pursuant to this paragraph and hold them in protective custody until futher Court Order. [NCIC 07]

\_✓\_ 10. DEFENDANT MAY PICK UP CLOTHING and personal items from the following residence: _____ only in the company of a uniformed law enforcement officer within 7 days of the filing of this Order or the date of Defendant's release on bond in connection with this charge, whichever is later. Arraignments may be made by contacting:

\_✓\_ 11. DEFENDANT SHALL NOT CONSUME, USE, OR POSSESS illegal drugs or beverages containing alcohol.

12. IT IS FURTHER ORDERED: _No contact w/ next door at pavers house, Deft ordered to find call living arreny_

13. DEFENDANT IS ADVISED THAT VISITATION ORDERS DO NOT PERMIT DEFENDENT TO VIOLATE ANY OF THE TERMS OF THIS ORDER.

14. IT IS FURTHER ORDERED, that a copy of this Order SHALL be delivered to Defendant on the ssame day that the Order was entered.

15. THIS ORDER REMAINS IN EFFECT: (1) until modified by this Court; or (2) until the criminal proceeding arising out of the complaint upon which these Orders were issued this Court or by the Common Pleas Court to which the Defendant is bound over for prosecution; or (3) until a Court issues a Civil Protection Order (CPO) arising out of the same activities as those that were the basis of the complaint filed in this action.

IT IS SO ORDERED.

JUDGE/MAGISTRATE - DATE EX PARTE DVTPO    JUDGE/MAGISTRATE - DATE OF DVTPO    MAY 1 4 2009

NOTICE TO DEFENDANT: THE PERSONS PROTECTED BY THIS ORDER CANNOT GIVE YOU LEGAL PERMISSION TO CHANGE OR VIOLATE THIS ORDER. IF YOU VIOLATE ANY TERMS OF THIS ORDER EVEN WITH PROTECTED PERSON'S PERMISSION, YOU MAY BE ARRESTED. ONLY THE COURT CAN CHANGE THIS ORDER. IF THERE IS ANY REASON WHY THIS ORDER SHOULD BE CHANGED, YOU MUST ASK THE COURT TO CHANGE IT. YOU ACT AT YOUR OWN RISK IF YOU DISREGARD THIS WARNING.

| A hearing on this Order shall be held before Judge/Magistrate Chad L. Carey on 05/14/2009 at 10:01 AM (The next court day) at the following location: CLINTON COUNTY MUNICIPAL COURT P.O. Box 71, 69 North South St Wilmington, Ohio 45177 | TO THE CLERK: COPIES OF THIS ORDER SHALL BE DELIVERED TO: Prosecutor Alleged Victim Defendant (by Personal Service) Attorney for Defendant Police Department where alleged Victim resides: Police Department where alleged Victim works: The _____ County Sheriff Other: |
|---|---|

Service acknowledged: _____

Defendant Signature                    Date

### WAIVER OF HEARING

I HAVE BEEN ADVISED OF MY RIGHT TO HAVE A HEARING ON THE MOTION FOR DOMESTIC VIOLENCE CRIMINAL PROTECTION ORDER AND HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THE HEARING ON THE MOTION AND AGREE TO BE BOUND BY THE TERMS OF THIS ORDER.

DEFENDANT:_____        DATE:_____

FORM 10.02-A DOMESTIC VIOLENCE CRIMINAL TEMPORARY PROTECTION ORDER   Rev May 1, 2007

## NOTICE CONCERNING POSSESSION OR PURCHASE OF FIREARMS

**NOTE:** Rule of Superintendence 10.04 requires notice of possible firearem restrictions to be provided to the defendant prior to entering a guilty plea or plea of No contest to a misdemeanor crime of violence against a family or household member.

---

Pursuant to Ohio Revised Code Section 2943.033, you are advised that if enter a a guilty plea or plea of no contest to a misdemeanor crime involving violence where you are or were

* A spouse, person living as a spouse, former spouse of the alleged victim;

* A parent or child of the alleged victim;

* A parent or child of a spouse, person living as a spouse, or former spouse of the alleged victim; or

* The natural parent of any child of whom you are the other natural parent or the punative natural parent

It may be unlawful for you to ship, transport, purchase, or possess a firearm or or ammunition as a result of any conviction for a misdemeanor offense of violence pursuant to federal law under 18 U.S.C. section 922(g)(9).

If you have any questions whether this law makes it illegal for you to ship, transport, rchase, or possess a firearm or ammunition, you should consult an attorney.

---

FORM 10.04-A NOTICE CONCERNING POSSESSION/PURCHASE FO FIREARMS Effective February 1, 2009